IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

CHERYL A. ELKINTON,

    Plaintiff,  JUDGMENT IN A CIVIL CASE

v.  13-cv-166-wmc

U.S. ENVIRONMENTAL PROTECTION
AGENCY, U.S. DEPARTMENT OF
AGRICULTURE, TRADE AND CONSUMER
PROTECTION and THE PRESIDENT OF
THE UNITED STATES,

    Defendant.

This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered denying plaintiff leave to proceed *in forma pauperis* and dismissing this case without prejudice for lack of subject matter jurisdiction.

| /s/ | 4/8/2013 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |